IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

    Plaintiff,

  v.                                                  Case No. 20-cv-1063-jdp

KEVIN CARR et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 12/10/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |