# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Titus Henderson,
  Appellant-Plaintiff

V.

Kevin Carr, et al.
  Appellees-Defendants

Cir. Ct. App. # _____
W.D. Wis. # 20-cv-1063

## NOTICE OF APPEAL

Pro-se Plaintiff-Appellant Titus Henderson, hereby appeal from final Order of United States District Court, Western District of Wisconsin, Judge James D. Peterson sua sponte entering judgment to Dismiss civil action challenging denial of life's basic necessities; and imposing sanction without warning, entered December 10, 2020.

## Issues For Appeals

I.) Is It Abuse Of Discretion To Impose Sanctions Without "Notice", violate Due Process?

II.) Is It Reversible Error To Sua Sponte Dismiss Civil Action That Can Be Proven By Discover Evidence?
Pratt v. Tarr, 464 F.3d 730, 733 (7th Cir. 2006)

III.) Can Plaintiff State A Claim For Denial Of Food, Clothes, etc. as Life's Basic Necessities? Rice ex rel. Rice v. Corr. Med. Ser., 675 F.3d 650, 684 (7th Cir. 2012)

IV.) Can Prisoner's State A Claim Under United Nations Convention Against Torture Challenging Conditions Of Confinement?

Dec, 24, 2020

Respectfully Submitted By:

Titus Henderson 299317
GBCI-RHU-533
P.O. Box 19033
Green Bay, WI
54307